IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANNY WAYNE TIDWELL II                                                               PETITIONER
v.                          Case No. 6:15-CV-06024

WENDY KELLEY, Director, Arkansas Department
of Corrections                                                                        RESPONDENT

## O R D E R

Currently before the Court are the findings and recommendations (Doc. 9) of the Honorable Barry A. Bryant, Chief United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 10). Upon due consideration, the Court finds that Plaintiff's objections are unspecific and offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error.

The Magistrate's report (Doc. 9) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Defendant's motion to dismiss (Doc. 7) is GRANTED, and the instant petition is denied as successive and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that no certificate of appealability be issued.

Judgment will be entered accordingly.

IT IS SO ORDERED this 31st day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE